USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NIKI CATRINA GONDOLA,

                  Plaintiff,

              -against-

NANCY A. BERRYHILL,
  Acting Commissioner of Social Security,

                  Defendant.
------------------------------------------------------------X

18-CV-3173 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 7, 2021, Plaintiff filed a motion for attorneys' fees, pursuant to 42 U.S.C. § 406(b), Dkt. 42;

    WHEREAS on May 9, 2021, Plaintiff amended her motion, Dkt. 46; and

    WHEREAS Defendant has not responded to Plaintiff's motion;

    IT IS HEREBY ORDERED that to the extent Defendant wishes to respond to Plaintiff's motion, such a response is due no later than **Friday, June 25, 2021**. If Defendant does not respond to Plaintiff's motion by the deadline, the Court will consider Plaintiff's motion unopposed.

**SO ORDERED.**

**Date: June 15, 2021**
**New York, NY**

                                  **VALERIE CAPRONI**
                                  **United States District Judge**