USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
NIKI CATRINA GONDOLA, :
:
Plaintiff, :
: 18-CV-3173 (VEC)
-against- :
: ORDER
:
NANCY A. BERRYHILL, :
  Acting Commissioner of Social Security, :
:
Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 7, 2021, Plaintiff filed a motion for attorneys' fees, pursuant to 42 U.S.C. § 406(b), Dkt. 42;

WHEREAS on June 15, 2021, the Court gave Defendant until June 25, 2021 to respond and informed Defendant that if it did not respond, the Court will consider Plaintiff's motion unopposed, Dkt. 48;

WHEREAS Defendant did not respond to the Court's order by the deadline;

WHEREAS on July 2, 2021, the Court ordered that Plaintiff's attorney be paid a sum of $21,190.38, the moneys purportedly received pursuant to an award of attorneys' fees under 28 U.S.C. § 2412, Dkt. 49; and

WHEREAS on September 24, 2021, Plaintiff's counsel filed a Rule 60(b) motion to correct the Court's prior order to require payment of $4,095.00 and not $21,190.38, Dkt. 50;

IT IS HEREBY ORDERED that the parties must appear for a telephonic status conference on **Tuesday, October 12, 2021 at 9:30 A.M.** to discuss Plaintiff's counsel's Rule 60(b) motion.  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3173.  All attendees are

advised to mute their phones when not speaking and to self-identify each time they speak.

Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  **September 29, 2021**
          **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**