USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
NIKI CATRINA GONDOLA,                           :
:
                           Plaintiff,     :
:   18-CV-3173 (VEC)
               -against-                     :
:   ORDER
:
NANCY A. BERRYHILL,                              :
  Acting Commissioner of Social Security,         :
:
                          Defendant.     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 12, 2021, the parties appeared for a status conference in this matter;

      IT IS HEREBY ORDERED that by no later than **Friday, October 29, 2021**, the parties must file a proposed stipulation and order resolving the attorneys' fees issues in this case.

**SO ORDERED.**

**Date:  October 12, 2021**　　　　　　　　　　　　　　　　　　_____
       **New York, NY**　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**