**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2021

IRWIN M. PORTNOY AND ASSOCIATES, P.C.
542 Union Avenue
New Windsor, NY  12553
Tel. 845/567-0315; direct number; 845/562-1028
Fax. 845/ 567-1176
Email: IMPortnoy@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- -x
NIKI CATRINA GONDOLA,                    :      **AMENDED AND SUPPLEMENTAL**
                                         :      **NOTICE OF MOTION**
            Plaintiff,                   :
    -against-                            :       18 Civ. 3173 (VEC/BCM)
                                         :
KILOLO KIJAKAZI,                         :
Acting Commissioner of Social Security   :
                                         :
            Defendant.                   :
------------------------------------------------------ -x

**PLEASE TAKE NOTICE** that on the record of proceedings herein, the Affirmation of the undersigned, and a Memorandum of Law, submitted herewith, the undersigned will move this Court, under 42 U.S.C.§ 406(b) and Rule 60(b) Fed. R. Civ. P. on November 19, 2021 at 10:00 a.m., or on such other date as the Court may direct, on submission, before the Honorable Valerie E. Caproni, United States District Judge, at Courtroom 443, United States District Court, 40 Foley Square, New York, N. Y. amending the motion filed September 24, 2021 (doc 50), by awarding an additional $10,143.25 to that ordered by the Court's on July 2, 2021 (doc. 49) as attorneys fees for legal services provided to the Plaintiff and her auxiliary beneficiary, and for such other and further relief as to the Court may deem just and proper.

Dated: October 18, 2021
       New Windsor, New York

                                        Respectfully submitted,

Irwin M Portnoy Bar no. IP 0016

CLERK, United States District Court,
Southern District of New York
United States Courthouse
500 Pearl Street
New York 10007

Honorable Valerie E. Caproni,
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

Office of the United States Attorney for the
Southern District of New York
Attn. Susan Branagan, Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007

On October 12, 2021, the Court ordered the parties to file a joint proposed stipulation and order resolving the attorneys' fees issues in this case by no later than October 29, 2021. *See* Order, Dkt. 60. The Court understands that this request is for additional fees related to a supplemental award to Plaintiff's child. The parties must include any award of fees with respect to Plaintiff's child in the proposed joint stipulation and order, which must address *all* attorneys' fees related to this case.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 61.

SO ORDERED.

Date: October 19, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ -x
NIKI CATRINA GONDOLA,          :          ,
                               :       **CERTIFICATE OF SERVICE**
          Plaintiff,           :       18 Civ. 3173 (VEC/BCM)
    -against-                  :
                               :
KILOLO KIJIKAZI,               :
Acting Commissioner of Social Security    :
                               :
          Defendant.           :
------------------------------------------------------ -x

    IRWIN M. PORTNOY, hereby certifies:

    I am the attorney for the Plaintiff herein.

    On October 18, 2021 I served a true copy of Plaintiff's Amended and Supplemental Notice of Motion, Affirmation and Memorandum of Law in place and stead of that filed in this action (doc. 50) by filing the same under the ECF filing system maintained by this Court, which, in turn, sent to:

    Office of the United States Attorney for the
    Southern District of New York
    Attn.: Susan Colleen Branagan, Assistant U.S. Attorney
    1 St. Andrews Plaza
    New York, NY 10007

_____
Irwin M Portnoy Bar no. IP 0016